

**COM.**

v.

**DEYOUNG, G.**

**3490 EDA 2016**

Superior Court of Pennsylvania.

08/04/2017

CP–09–CR–0001158–2003

(Bucks)

Affirmed

■

**IN the INTEREST OF: J.N.D., a Minor**

**199 EDA 2017**

Superior Court of Pennsylvania.

8/4/2017

CP–51–DP–0001267–2015

(Philadelphia)

Affirmed

■

**IN the INTEREST OF: J.M.D., a Minor**

**200 EDA 2017**

Superior Court of Pennsylvania.

08/04/2017

CP–51–DP–0001268–2015 (Philadelphia)

Affirmed

**IN the INTEREST OF:**
**B.G.H., a Minor**

**586 EDA 2017**

Superior Court of Pennsylvania.

8/4/2017

CP–51–AP–0000585–2015, CP–51–DP–
0002503–2013

(Philadelphia)

Affirmed

■

**COM.**

v.

**Boyd CHISHOLM, N.**

**964 MDA 2016**

Superior Court of Pennsylvania.

08/04/2017

CP–22–CR–0006106–2014

(Dauphin)

Affirmed

